# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 579 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 825 MDA |
| | : | 2022 entered on November 14, |
| DAVID LAUSELL, JR., | : | 2022, **affirming** the PCRA Order of |
| | : | the Lancaster County Court of |
| Petitioner | : | Common Pleas at No. CP-36-CR- |
| | : | 0003033-2016 entered on May 20, |
| | : | 2022 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 580 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 826 MDA |
| | : | 2022 entered on November 14, |
| DAVID LAUSELL, JR., | : | 2022, **affirming** the PCRA Order of |
| | : | the Lancaster County Court of |
| Petitioner | : | Common Pleas at No. CP-36-CR- |
| | : | 0003034-2016 entered on May 20, |
| | : | 2022 |

## ORDER

**PER CURIAM**                                                    DECIDED: July 11, 2023

**AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the following issue, as stated by petitioner:

Whether Petitioner was denied the effective assistance of PCRA and trial counsel where PCRA counsel filed a *Turner/Finley* No-Merit Letter before the PCRA Court and did not contest the "mixed motive" of the Commonwealth where it seized a vehicle without a warrant and then

performed a warrantless search of the vehicle and PCRA counsel failed to address the claim at all in a subsequent *Turner/Finley* No-Merit Brief before the Superior Court?

Allocatur is **DENIED** as to the remaining issue. The judgment of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Lancaster County Court of Common Pleas for reconsideration in light of *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 2021).